IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,

vs.                                          CASE NO.: 5:10-cv-170-SPM-EMT

JOHN DOE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 5). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff, who is pro se, filed an objection (doc. 6). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff's complaint (doc. 1) was signed on June 1, 2010, delivered for mailing on June 14, 2010, and filed on June 23, 2010. As Plaintiff has filed at least three cases which have been dismissed as frivolous, he is not entitled to proceed on appeal in forma pauperis and is responsible for payment of the filing fee. Plaintiff's allegation of witchcraft does not amount to imminent danger of serious physical injury. Therefore, as Plaintiff has failed to pay the filing fee, this action is

subject to dismissal.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is *adopted* and incorporated by reference in this order.

2. This case is *dismissed without prejudice* to Plaintiff's initiating a new cause of action accompanied by payment of the $350 filing fee, pursuant to 28 U.S.C. § 1915(g).

3. All pending motions are denied as moot.

DONE AND ORDERED this thirteenth day of October, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge